UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FENTON J. CARSTARPHEN,

             Petitioner,

v.

CAMDEN COUNTY CORRECITONAL
FACILITY WARDEN,

             Respondent.

Civ. No. 14-4596 (RBK)

**MEMORANDUM ORDER**

    Petitioner is currently incarcerated at the Camden County Correctional Facility in Camden, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, petitioner did not pay the $5.00 filing fee nor did he file an application to proceed *in forma pauperis*. Additionally, petitioner did not submit his petition on the proper form. *See* L.Civ.R. 81.2(a) ("Unless prepared by counsel, petitions to this Court for a writ of *habeas corpus* . . . shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk."). As petitioner has not paid the filing fee nor submitted a complete application to proceed *in forma pauperis* and has not submitted his habeas petition on the proper form, the case will be administratively closed. Petitioner shall be given an opportunity to reopen this action should he so choose.

    Accordingly, IT IS on this  6th  day of  August,  2014,

    ORDERED that the Clerk shall administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis* and for his failure to submit his habeas petition on the proper form; and it is further

1

2

ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include either: (1) a complete *in forma pauperis* application; or (2) the $5.00 filing fee; petitioner's writing shall also include his habeas petition on the proper form supplied by the Clerk; and it is further

ORDERED that the Clerk shall serve on petitioner by regular U.S. Mail:  (1) a copy of this Order; (2) a blank form application to proceed *in forma pauperis* in a habeas corpus case on petitioner; and (3) a blank habeas petition form—AO 241 (modified): DNJ-Habeas-008 (Rev.01-2014)

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge